# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DAVID C. MARCHESE | : | Chapter 7 |
| Debtor. | : | Bky. No. 16-13810 ELF |
| | : | |
| GARY F. SEITZ, Chapter 7 Trustee, | : | |
| Plaintiff, | : | |
| v. | : | |
| JAMES MCCAULEY, | : | |
| MCCAULEY ASSOCIATES LIMITED PARTNERSHIP, | : | |
| GERALD MULLANEY, | : | |
| HOPWOOD FARMS LLC, nominal defendant, | : | Adv. No. 17-189 |
| Defendants. | : | |

# O R D E R

**AND NOW**, upon consideration of the Defendants' Motion to Dismiss the Amended Complaint ("the Motion"), and for the reasons stated in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. Count IV is **DISMISSED**. The dismissal is **WITHOUT PREJUDICE** to the Plaintiff's right to seek the imposition of a constructive trust as a remedy for other claims asserted in the Amended Complaint.

2. Insofar as the Motion seeks dismissal of the claims against Defendant Gerald Mullaney stated in Counts I and III based on the expiration of the statute of limitations:

    a. the Motion will be treated as a motion for summary judgment under Fed. R. Civ. P. 56;

    b. the Motion is **DENIED** with respect to the Plaintiff's contract claim;

1

    c. a ruling on the Motion is **DEFERRED** pending further development of the summary judgment record with respect to the Plaintiff's breach of fiduciary duty claim; and

    d. **on or before AUGUST 16, 2018**, the Plaintiff may supplement his response to the Motion and submit additional evidentiary matter with respect to this issue.

3. In all other respects, the Motion is **DENIED**.

4. While the summary judgment motion is being litigated, case management will proceed.

    **On or before AUGUST 6, 2018**, the Defendants shall file their Answer to the Amended Complaint.

**Date: July 16, 2018**

                              **ERIC L. FRANK**
                              **U.S. BANKRUPTCY JUDGE**