# EXHIBIT "B"

| | |
|---|---|
| From: | Gerald Mullaney Jr. <MullaneyG@MullaneyLaw.com> |
| Sent: | Thursday, February 23, 2012 8:29 AM |
| To: | Jim McCauley |
| Cc: | Martin Mullaney; Paul Newlin; David Marchese |
| Subject: | HOPWOOD RESIGNATION |
| Attachments: | doc20120223092347.pdf |

Jim,

Attached is fully executed Resignation.
Thanks,

Jerry

Gerald J. Mullaney, Jr., Esquire
Mullaney & Mullaney
3881 Skippack Pike
P.O. Box 1368
Skippack, PA 19474-1368
(610) 584-4416 - phone
(610) 584-9856 - fax
gmullaney@mullaneylaw.com
<<doc20120223092347.pdf>>

D000449

## RESIGNATION

I, Gerald J. Mullaney, Jr., hereby resign my position as Managing Member, President, and Chief Executive Officer of Hopwood Farm, LLC.

Date: 2-23-12

_____
GERALD J. MULLANEY, JR.

Sworn to and subscribed
to me this 23rd day of
February, 2012.

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sharon J. Hartman, Notary Public
Skippack Twp., Montgomery County
My Commission Expires March 30, 2014

D000450