# EXHIBIT "D"

Entity #: 5518SS
Date Filed: 10/04/2005
Pedro A. Cortés
Secretary of the Commonwealth

**PENNSYLVANIA DEPARTMENT OF STATE**
**CORPORATION BUREAU**

Entity Number

Certificate of Organization
Domestic Limited Liability Company
(15 Pa.C.S. § 8913)

Name
CHRISTOPHER P. FIORE, ESQUIRE

Address

City    State    Zip Code

Document will be returned to the name and address you enter to the left.

Fee: $125

Filed in the Department of State on _____

Secretary of the Commonwealth

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company *(designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation)*:
HOPWOOD FARM, LLC

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

(a) Number and Street    City    State    Zip    County
3881 SKIPPACK PIKE, BOX 1368    SKIPPACK    PA    19474    MONTGOMERY

(b) Name of Commercial Registered Office Provider    County
c/o:

3. The name and address, including street and number, if any, of each organizer is *(all organizers must sign on page 2)*:

Name                              Address
Christopher P. Fiore, Esquire     3881 Skippack Pike, Box 1368, Skippack, PA 19474

Commonwealth of Pennsylvania
Certificate of Organization 3 Page(s)
T0529759027

OCT. 4, 2005 8:58AM    MULLANEY & MULLANEY    NO. 2566    P. 3

Case 17-00189-elf   Doc 81-6   Filed 01/10/19   Entered 01/10/19 17:23:43   Desc
Exhibit D    Page 3 of 3

DSCB:15-8913-2

4. *Strike out if inapplicable term*
    A member's interest in the company is to be evidenced by a certificate of membership interest.

5. *Strike out if inapplicable:*
    Management of the company is vested in a manager or managers.

6. The specified effective date, if any is:_____.
                                            month date year hour, if any

7. ~~*Strike out if inapplicable:* The company is a restricted professional company organized to render the following restricted professional service(s):~~

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this

_4th_ day of _oct_, _2005_.

_____[signature]_____
Signature

_____
Signature

_____
Signature