# EXHIBIT "E"

Case# 2012-24034-25 Docketed at Montgomery County Prothonotary on 10/22/2014 9:03 AM, Fee = $16.25

## IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

MCCAULEY ASSOCIATES LP

vs.

HOPWOOD FARM LLC

NO. 2012-24034

NOTICE IS GIVEN THAT A JUDGMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED AGAINST YOU.

PROTHONOTARY

IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT:

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

JOHN T. DOOLEY, ESQUIRE
Filing Party

30083
ID Number

DISCHELL, BARTLE & DOOLEY
Firm Name

1800 PENNBROOK PARKWAY
SUITE 200
Address

LANSDALE, PA 19446

215-362-2474
Phone

Case# 2012-24034-25 Docketed at Montgomery County Prothonotary on 10/22/2014 9:03 AM, Fee = $16.25

John T. Dooley, Esquire
Attorney ID #30083
Dischell, Bartle & Dooley, PC
1800 Pennbrook Parkway
Suite 200
Lansdale, PA 19446
215-362-2474
Matter ID: 11-05450-CO

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MCCAULEY ASSOCIATES, LP | : No: 2012-24034 |
|  | : |
| v. | : |
|  | : |
| HOPWOOD FARM, LLC | : |

## PRAECIPE FOR JUDGMENT

To the Prothonotary:

Kindly enter Judgment in favor of Plaintiff, McCauley Associates, LP, and against Defendant, Hopwood Farm, LLC, in the amount of $1,411,103.48 pursuant to Court Order entered August 22, 2014, by The Honorable Bernard A. Moore.

I CERTIFY THAT THE DAMAGES IS FOR SPECIFIED AMOUNTS AS PER THE AUGUST 22, 2014, ORDER.

_____
Attorney for Plaintiff
JOHN T. DOOLEY, ESQUIRE        #30083
Print/Type Name and I.D. Number

215-362-2474
Phone Number

This _____ day of _____, 2014, Judgment is entered in favor of Plaintiff McCauley Associates, LP and against Defendant, Hopwood Farm, LLC, pursuant to Order dated August 22, 2014, by the Honorable Bernard A. Moore and damages assessed at the sum of $1,411,103.48 as per the above certification.

_____
Prothonotary, Montgomery County



IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

MCCAULEY ASSOCIATES LP : NO. 2012-24034
　　　　Plaintiff, :
vs. : CIVIL ACTION
HOPWOOD FARM, LLC :
　　　　Defendant :

## ORDER

AND NOW, this 22nd day of AUG, 2014, upon consideration of Plaintiff McCauley Associates, LP's Motion for Summary Judgment, and any response thereto, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Summary Judgment is GRANTED and that Judgment in mortgage foreclosure is entered in favor of Plaintiff McCauley Associates LP and against Defendant Hopwood Farm LLC, jointly and severally, in the amount of $1,411,103.48 and the mortgaged property referred to in Plaintiff's Complaint shall be foreclosed and sold.

2012-24034-0024  8/26/2014 11:19 AM  # 9932874
Order
Rcpt#Z2198024  Fee:$0.00
Mark Levy - MontCo Prothonotary

BY THE COURT:

_Bernard A. Moore_
　　　　　　　　　　J.

Copies mailed 8/22/14 to:
John T. Dooley, Esq.
Craig A. Briggs, Esq.
Hopwood Farms, LLC

This order/judgment was docketed and sent on 08/26/2014 pursuant to Pa. R. C. P. 236.

Case# 2012-24034-25 Docketed at Montgomery County Prothonotary on 10/22/2014 9:03 AM, Fee = $16.25
Case# 2012-24034-22 Docketed at Montgomery County Prothonotary on 06/05/2014 4:11 PM, Fee = $0.00